01-15-00904-CR



# CHRIS DANIEL

### HARRIS COUNTY DISTRICT CLERK

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
10/23/2015 1:06:26 PM
CHRISTOPHER A. PRINE
Clerk

October 22, 2015

RICK SOLIZ
ATTORNEY OF RECORD
P.O BOX 4051
HOUSTON, TX 77210

Defendant's Name:  ERIK SANTANA GUANCHE

Cause No:  1869024

Court:  COUNTY CRIMINAL COURT AT LAW #7

Please note the following appeal updates on the above mentioned cause:

**Defendant's <u>Notice of Appeal</u> on motion only- filed date:  10/11/15  Ruling Made:
7/14/15**
**Court of Appeals Assignment:  First  Court of Appeals**
**Appeal Attorney of Record:  RICK SOLIZ**
**Motion for New Trial Filed:  8/10/15**

Sincerely,

S. NORRIS

S. NORRIS
Criminal Post Trial Deputy

CC:  Devon Anderson
District Attorney
Appellate Division
Harris County,  Texas

SANDRA POWELL  (DELIVERED VIA E-MAIL)

This is your notice to inform any and all substitute reporters in this cause.

1201 Franklin  P O Box 4651  Houston, Texas  77210-4651

## IN COUNTY CRIMINAL COURT 7
## OF HARRIS COUNTY, TEXAS

THE STATE OF TEXAS      '

V.                         '       **CAUSE NUMBER 1869024**

**Erik Santana Guanche**

### DEFENDANT'S NOTICE OF APPEAL FROM FINAL COURT DIRECTIVE

### TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Erik Santana, the Defendant in the above-styled and numbered cause and gives his Notice of Appeal to the First or Fourteenth Court of Appeals of Texas from the final court order rendered against him.

Said final directive disposing all matters was rendered against the Defendant from an earlier appealed plea-bargained case. The original punishment assessed by the trial court did not exceed the punishment recommendation by the prosecutor and agreed to by the Defendant.

The Defendant hereby gives notice that he desires to appeal on the basis that the substance of the appeal (illegal proceedings and court directive) were raised by written motion and ruled on/ignored by the trial court. No record, other than the motion(s) for new trial and court docket sheet(s) are necessary for this appeal and defendant is not requesting further records and has no funds to pay for additional records.

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion will be delivered to the Harris County District Attorney's Office.

_____

Rick Soliz
PO Box 4051, Houston, TX 77210
713-869-8400, TBN 00785013
**ATTORNEY PRO BONO FOR**
**DEFENDANT**

C-72
Rev. 9/84

1st

## APPEAL CARD

11-11-15

Court 7

Cause No. 1869024

The State of Texas

**vs**

Erik Santana Guanche

7-14-15

Date Notice
of Appeal: 10/11/15

Presentation: Vol._____ Pg._____

Judgment: Vol._____ Pg._____

Judge Presiding Pam Derbyshire

Court Reporter Sandra Powell (No record)

Court Reporter _____

Court Reporter _____

Attorney
on Trial Rick Soliz

Attorney
on Appeal Rick Soliz

Appointed_____ Hired ✓

Offense DWI, 1st

Jury Trial: Yes_____ No_____

Punishment
Assessed motion only (C87)

Companion Cases
(If Known) NA

Amount of
Appeal Bond NA

Appellant
Confined: Yes_____ No ✓

Date Submitted
to Appeal Section 10-16-15

Deputy Clerk CSmith

13/979